ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California  94948-6169
(415) 898-1555

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERESA HALEY, as Successor-in-Interest to and as Wrongful Death Heir of HENRY HALEY, Deceased; and AMBER WILSEY, AUTUMN HALEY, BRANDON HALEY, KATHLEEN HALEY, T.B., a Minor, by and through his Guardian Ad Litem, AMBER WILSEY, as Wrongful Death Heirs of HENRY HALEY, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), et al.,<br><br>Defendants. | 4:15-cv-01829-SBA<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ASBESTOS EXPOSURE CLAIMS OCCURRING ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT FOSTER WHEELER LLC FKA FOSTER WHEELER CORPORATION** |

///

///

///

///

///

1  Plaintiffs hereby dismiss all allegations, if any, related to exposure to asbestos on or
2  after December 5, 1980, as to Defendant FOSTER WHEELER LLC FKA FOSTER
3  WHEELER CORPORATION, and hereby amends his or her complaint(s) accordingly.

7  Dated: February 23, 2016          BRAYTON ❖PURCELL LLP

10  By: s/ David R. Donadio
    DAVID R. DONADIO, S.B. #154436
11  DDonadio@braytonlaw.com
    Tel: (415) 898-1555
12  Fax: (415)898-1247
    Attorneys for Plaintiff

15  Dated: February 23, 2016          HUGO PARKER, LLP

18  By: [signature]
    SHELLEY K. TINKOFF, S.B. #187498
19  Attorneys for Defendant
    FOSTER WHEELER LLC FKA FOSTER WHEELER
20  CORPORATION

2
STIPULATION FOR DISMISSAL WITH PREJUDICE OF ANY ASBESTOS EXPOSURE CLAIMS ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT FOSTER WHEELER LLC FKA FOSTER WHEELER CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA HALEY, as Successor-in-Interest to and as Wrongful Death Heir of HENRY HALEY, Deceased; and AMBER WILSEY, AUTUMN HALEY, BRANDON HALEY, KATHLEEN HALEY, T.B., a Minor, by and through his Guardian Ad Litem, AMBER WILSEY, as Wrongful Death Heirs of HENRY HALEY, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), et al.,<br><br>Defendants. | 4:15-cv-01829-SBA<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS EXPOSURE CLAIMS ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT FOSTER WHEELER LLC FKA FOSTER WHEELER CORPORATION** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All allegations, if any, related to exposure to asbestos on or after December 5, 1980 as to Defendant FOSTER WHEELER LLC FKA FOSTER WHEELER CORPORATION are hereby dismissed with prejudice.

Dated: February 25, 2016    By: _/s/ Saundra B. Armstrong_
Saundra Brown Armstrong
United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS EXPOSURE CLAIMS ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT FOSTER WHEELER LLC FKA FOSTER WHEELER CORPORATION

BRAYTON✦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555